■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD CARR, JR., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered February 23, 1983, convicting him of burglary in

the first degree, attempted robbery in the second degree (two counts), and assault in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Contrary to the defendant's contention, there is sufficient evidence to support the jury's verdict (see, People v Malizia, 62 NY2d 755, 757, cert denied 469 US 932; People v Contes, 60 NY2d 620).

We find the defendant's other contention to be devoid of merit. Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.